UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTINCT MEDIA LIMITED,<br>        Plaintiff,<br>    v.<br>DOE DEFENDANTS 1-50,<br>        Defendant. | Case No.15-cv-03312-NC<br><br>**ORDER TO SHOW CAUSE RE: SERVICE** |

On October 8, 2015, the Court granted Distinct Media's ex parte motion for expedited discovery, so that Distinct Media could identify the appropriate defendant in this case. Since then, Distinct Media has not amended the complaint to name a defendant and no proof of service has been filed. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specific time." Fed. R. Civ. P. 4(m). Here, Distinct Media filed the complaint on July 16, 2015. By January 6, 2016, the Court ORDERS Distinct Media to either identify a defendant, or show cause why the Court should not dismiss the case.

**IT IS SO ORDERED.**

Dated: December 11, 2015

                                                    NATHANAEL M. COUSINS
                                                   United States Magistrate Judge

Case No.15-cv-03312-NC