COOLEY LLP
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
AMY M. SMITH (287813) (amsmith@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Plaintiff
DISTINCT MEDIA LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISTINCT MEDIA LIMITED,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEV SHUTOV and DOE DEFENDANTS 1-50,<br><br>                    Defendants. | Case No. 15-cv-03312-NC<br><br>**PLAINTIFF DISTINCT MEDIA LIMITED'S CASE MANAGEMENT STATEMENT**<br><br>Date:        October 12, 2016<br>Time:        10:00 a.m.<br>Room:       7 (4th Floor)<br>Judge:       Hon. Nathanael Cousins |

Pursuant to Civil Local Rule 16-10, Plaintiff Distinct Media Limited ("Distinct Media") respectfully submits this Case Management Statement.

PROCEDURAL HISTORY AND CASE DEVELOPMENTS

On July 26, 2016, Distinct Media filed a motion for (1) entry of default against Defendant Shutov or, (2) in the alternative, leave to file a motion for reconsideration of the Clerk's decision to decline Distinct Media's request for entry of default.  (Dkt. No. 46.)  That motion was granted on August 17, 2016 (Dkt. No. 53) and the Clerk's entry of default as to Defendant Shutov was filed on August 18, 2016 (Dkt. No. 54).[1]

_____

[1]  Distinct Media is filing this Case Management Statement as its own statement pursuant to Civil Local Rule 16-9(a) due to Defendant Shutov's continued failure to appear and default.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

PLAINTIFF DISTINCT MEDIA LIMITED'S
CASE MANAGEMENT STATEMENT
CASE NO. 15-CV-03312-NC

1   The Court granted Distinct Media's motion for expedited discovery from Amazon and

2   persons or entities to which Amazon made payments for the store.carideas.com and

3   store.pricepicker.net Amazon accounts.  Amazon provided an initial response to Distinct Media's

4   subpoena, and then provided an additional response on August 30, 2016.  Distinct Media

5   continues to confer with Amazon on outstanding issues.

6   **ANTICIPATED NEXT STEPS AND SCHEDULING**

7   Distinct Media intends to file a motion for default judgment as to Defendant Shutov.

8   Because Distinct Media is in the process of preparing its motion for default judgment and

9   no motions currently are pending, Distinct Media would be amenable to a continuance of next

10  week's CMC if the Court elects to do so.  If the Court would like to proceed with the conference

11  on October 12, counsel for Distinct Media is prepared to appear.

12  **SETTLEMENT AND ADR**

13  Because Defendant Shutov has not appeared in this case, and no other Defendants have

14  been served, no settlement discussions have taken place and ADR is not appropriate at this time.

18  Dated: October 5, 2016          COOLEY LLP

19                                  */s/ Matthew D. Brown*
                                    Matthew D. Brown

20                                  Attorneys for Plaintiff
                                    DISTINCT MEDIA LIMITED

27  137449404

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

PLAINTIFF DISTINCT MEDIA LIMITED'S
CASE MANAGEMENT STATEMENT
CASE NO. 15-CV-03312-NC