COOLEY LLP
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
AMY M. SMITH (287813) (amsmith@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
DISTINCT MEDIA LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISTINCT MEDIA LIMITED,<br><br>                    Plaintiff,<br><br>        v.<br><br>LEV SHUTOV and DOE DEFENDANTS 1-50,<br><br>                    Defendants. | Case No. 15-cv-03312-NC<br><br>**DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF PLAINTIFF DISTINCT MEDIA LIMITED'S MOTION FOR DEFAULT JUDGMENT**<br><br>**FED. R. CIV. P. 55(B)**<br><br>Judge:        Hon. Nathanael Cousins<br>Courtroom: 7 – 4th Floor<br>                    280 S. First Street<br>                    San Jose, CA 95113<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF MATTHEW D. BROWN ISO
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC

I, Matthew D. Brown, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP ("Cooley"), attorneys for Plaintiff Distinct Media Limited ("Distinct Media") in the above-entitled action. Unless otherwise indicated, I have personal knowledge of the facts stated in this declaration and, if called to testify, I would and would testify competently thereto.

2. Cooley was engaged by Distinct Media after Distinct Media became aware of a Jquery file attack on its servers (the "Attack").

3. At the time of the engagement, Distinct Media did not know who had perpetrated the Attack or the extent to which its servers had been compromised.

4. Cooley attorneys assisted in investigating the Attack by using the tools of civil discovery to track payments Distinct Media had determined were connected to traffic diverted by the Attack (the "Investigation"). To do so, Cooley attorneys drafted and filed a "Doe" complaint (Dkt. No. 1) and then filed five motions for expedited discovery (Dkt. Nos. 8, 13, 16, 18, 39). Each motion sought approval of subpoenas directed to eBay, Inc. ("eBay"), Amazon.com, Inc. ("Amazon"), or MTACC, Inc. ("MTACC") (the "Subpoenas"). The Subpoenas were designed to compel eBay, Amazon, and MTACC to release information about payments made as a result of traffic diverted by the Attack.

5. The Cooley attorneys and Distinct Media believed at the time that this information would lead to the perpetrators of the Attack, who could then be questioned about the Attack's nature and extent. This belief proved to be correct, as the Investigation ultimately uncovered the involvement of Defendant Lev Shutov ("Shutov"), who was then questioned by Distinct Media.

6. Cooley attorneys coordinated service of the Subpoenas and also negotiated and coordinated the production of documents and information in connection with the Subpoenas. As part of this effort, and at the request of eBay, Cooley attorneys drafted and secured entry of a Protective Order governing the production of documents and information deemed to be confidential by the producing entities.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECL. OF MATTHEW D. BROWN ISO
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC

7. Cooley attorneys also followed leads informally, calling employees at eBay, Amazon, and MTACC to determine what information could be gained about the perpetrators.

8. I assisted with the Investigation, as did Amy Smith, a Cooley associate.

9. Cooley, in the regular course of business, tracks attorney time in six-minute intervals, with time recorded by the timekeeper. For each time entry, a Cooley attorney provides a narrative indicating the work completed. Each time entry also specifies the date the work was completed and the rate charged per hour for that attorney's time.

10. This declaration provides the information required by Civil Local Rule 54-5: "Motion for Attorney's Fees."

11. To prepare this declaration, I reviewed all time billed to Distinct Media and identified time spent on tasks directly connected to the Investigation. Summaries of these entries are provided in Tables 1-3 in paragraph 16 of this declaration. To err on the conservative side, I did not include time related to other aspects of the present litigation, such as case management tasks, the amendment of the Complaint to name Shutov, or Distinct Media's efforts to secure an entry of default and default judgment against Shutov, even though one might argue that fees for these tasks are also recoverable.

12. I received an A.B. from Cornell University and a J.D. from Harvard Law School. I have been practicing law for approximately 18 years and have been a partner at Cooley for approximately 10 years. I am a member of Cooley's commercial litigation, class action litigation, intellectual property litigation, and white collar and regulatory defense practice groups, and am co-chair of the privacy and data protection practice group. My customary billing rate during the Investigation, and the rate that Cooley charged Distinct Media, was $820 per hour from January 1, 2015 through December 31, 2015 and $910 per hour from January 1, 2016 to the present. These rates are commensurate with the rates Cooley charges for the time of partners of similar experience and expertise.

13. Based on the review described in paragraph 11 of this declaration, I determined that I spent a total of 36.2 hours working on the Investigation during the period when my rate was

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

DECL. OF MATTHEW D. BROWN ISO
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC

1  $820 per hour and a total of 15.7 hours working on the Investigation during the period when my
2  rate was $910 per hour.

3  14. Amy Smith received a B.A. from Middlebury College and J.D. from the
4  University of California, Hastings College of the Law.  She has been practicing law for
5  approximately 5 years.  She has extensive experience litigating in federal court.  Her customary
6  billing rate during the Investigation, and the rate that Cooley charged Distinct Media, was $530
7  per hour from January 1, 2015 through December 31, 2015 and $630 per hour from January 1,
8  2016 to the present.  These rates are commensurate with the rates Cooley charges for the time of
9  associates of similar experience and expertise.

10  15. Based on the review described in paragraph 11 of this declaration, I determined
11  that Amy Smith spent a total of 96.8 hours working on the Investigation during the period when
12  her rate was $530 per hour and a total of 38.6 hours working on the Investigation during the
13  period when her rate was $630 per hour.

14  16. Table 1 shows the total hours and amount charged for time that Amy Smith and I
15  spent in connection with the Investigation.  Table 2 shows the time I spent working on the
16  Investigation, broken out by task, and the corresponding charges.  Table 3 shows the time Amy
17  Smith spent working on the Investigation, broken out by task, and the corresponding charges.

**Table 1 – Time Billed by Cooley LLP in Connection with Investigation**
**December 2014 through September 2016**

| Timekeeper Name | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Matthew D. Brown | Partner | 36.2 | $820 | $29,684.00 |
|  |  | 15.7 | $910 | $14,287.00 |
| Amy M. Smith | Associate | 96.8 | $530 | $51,304.00 |
|  |  | 38.6 | $630 | $24,318.00 |
| **Total Fees:** |  |  |  | **$119,593.00** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

DECL. OF MATTHEW D. BROWN ISO
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC

**Table 2 – Time Billed by Matthew D. Brown in Connection with Investigation
December 2014 through September 2016**

| Task | Hours | Hourly Rate | Total |
|---|---|---|---|
| Review and revise initial Doe complaint | 10.4<br>- | $820<br>$910 | $8,528.00<br>- |
| Review and revise motions for expedited discovery | 6.6<br>3.9 | $820<br>$910 | $5,412.00<br>$3,549.00 |
| Review and revise subpoenas; discuss same with counsel or employees at eBay, Amazon, and MTACC | 10.9<br>4.6 | $820<br>$910 | $8,938.00<br>$4,186.00 |
| Review documents and materials produced by eBay, Amazon, and MTACC | 4.4<br>2.7 | $820<br>$910 | $3,608.00<br>$2,457.00 |
| Review and revise protective order prepared at request of eBay | -<br>2.3 | $820<br>$910 | -<br>$2,093.00 |
| Investigate outside of civil discovery, research suspected entities and individuals, contact potential witnesses | 1.5<br>1.2 | $820<br>$910 | $1230.00<br>$1092.00 |
| Analyze and develop approach to investigation and use of civil discovery tools | 2.4<br>1.0 | $820<br>$910 | $1,968.00<br>$910.00 |
| **Total Fees:** | | | **$43,971.00** |

**Table 3 – Time Billed by Amy M. Smith in Connection with Investigation
December 2014 through September 2016**

| Task | Hours | Hourly Rate | Total |
|---|---|---|---|
| Prepare and file initial Doe complaint | 29.2<br>- | $530<br>$630 | $15,476.00<br>- |
| Prepare and file motions for expedited discovery | 38.3<br>21.6 | $530<br>$630 | $20,299.00<br>$13,608.00 |
| Serve subpoenas; coordinate productions in connection with the same | 13.4<br>3.0 | $530<br>$630 | $7,102.00<br>$1,890.00 |
| Review documents and materials produced by eBay, Amazon, and MTACC | 2.5<br>3.0 | $530<br>$630 | $1,325.00<br>$1,890.00 |
| Prepare and file protective order at request of eBay | 0.2<br>5.9 | $530<br>$630 | $106.00<br>$3,717.00 |
| Investigate outside of civil discovery, research suspected entities and individuals, contact potential witnesses | 10.6<br>5.1 | $530<br>$630 | $5,618.00<br>$3,213.00 |
| Analyze and develop approach to investigation and use of civil discovery tools | 2.6<br>- | $530<br>$630 | $1,378.00<br>- |
| **Total Fees:** | | | **$75,622.00** |

17. In total, Cooley billed Distinct Media $119,593.00 (U.S. dollars) for work directly connected to the Investigation.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

DECL. OF MATTHEW D. BROWN ISO
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2016 in San Francisco, California.

*/s/ Matthew D. Brown*
Matthew D. Brown

136069663

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the document described below in the manner described below:

**DECLARATION OF MATTHEW D. BROWN IN SUPPORT OF PLAINTIFF DISTINCT MEDIA LIMITED'S MOTION FOR DEFAULT JUDGMENT**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

| | |
|---|---|
| Ruslan Ivanov<br>Russian Federation, Mari El republic<br>Yoshkar-Ola, Chavaina 36-306<br>424000<br>Email:  advokaton@mail.ru | *Attorney for Defendant Lev Shutov* |

Executed on December 6, 2016, at San Francisco, California.

_/s/ Patricia Mines_
Patricia Mines

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6.

DECL. OF MATTHEW D. BROWN ISO
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC