COOLEY LLP
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
AMY M. SMITH (287813) (amsmith@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
DISTINCT MEDIA LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISTINCT MEDIA LIMITED,<br><br>           Plaintiff,<br><br>    v.<br><br>LEV SHUTOV and DOE DEFENDANTS 1-50,<br><br>           Defendants. | Case No. 15-cv-03312-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DISTINCT MEDIA LIMITED'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LEV SHUTOV**<br><br>**FED. R. CIV. P. 55(B)**<br><br>Date:      January 18, 2017<br>Time:     1:00 p.m.<br>Judge:    Hon. Nathanael Cousins<br>Courtroom: 7 – 4th Floor<br>               280 S. First Street<br>               San Jose, CA 95113<br>Trial Date: Not yet set |

Having considered Plaintiff Distinct Media Limited's Motion for Entry of Default Judgment ("Distinct Media's Motion"), the supporting evidence, the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that:

1.     Distinct Media's Motion is hereby GRANTED.

2.     The Court hereby enters judgment against Defendant Lev Shutov and in favor of Distinct Media.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

ORDER GRANTING PLAINTIFF DISTINCT MEDIA'S
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC

3. The Court hereby enters a permanent injunction enjoining Defendant Shutov and all others acting in concert with Defendant Shutov and having knowledge thereof, from:

    a. Accessing or attempting to access Distinct Media's computers, computer systems, or computer networks;

    b. Deleting, altering, modifying, or adding data, code, programs, or other unauthorized information to Distinct Media's computers, computer systems, or computer networks; and

    c. Any further acts constituting violations of the 18 U.S.C. §§ 1030, *et seq.*, California Penal Code § 502, or the California Business and Professions Code §§ 17200, *et seq*. with respect to Distinct Media and its computers, computer systems, and computer networks.

4. The Court hereby ORDERS Defendant Shutov to pay Distinct Media $3,406,832.43 in damages.

**IT IS SO ORDERED.**

Dated: _____, 2017

                                          The Honorable Nathanael M. Cousins
                                          United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

ORDER GRANTING PLAINTIFF DISTINCT MEDIA'S
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the document described below in the manner described below:

**[PROPOSED] ORDER GRANTING PLAINTIFF DISTINCT MEDIA LIMITED'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LEV SHUTOV**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by FedEx for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

Ruslan Ivanov                                   *Attorney for Defendant Lev Shutov*
Russian Federation, Mari El republic
Yoshkar-Ola, Chavaina 36-306
424000
Email: advokaton@mail.ru

Executed on December 6, 2016, at San Francisco, California.

   */s/ Patricia Mines*
   Patricia Mines

136071555

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

ORDER GRANTING PLAINTIFF DISTINCT MEDIA'S
MOTION FOR DEFAULT JUDGMENT
CASE NO. 15-CV-03312-NC