COOLEY LLP
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
AMY M. SMITH (287813) (amsmith@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Plaintiff
DISTINCT MEDIA LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISTINCT MEDIA LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>LEV SHUTOV and DOE DEFENDANTS 1-50,<br><br>Defendants. | Case No. 15-cv-03312-NC<br><br>**PLAINTIFF DISTINCT MEDIA LIMITED'S CASE MANAGEMENT STATEMENT**<br><br>Date:     January 18, 2017<br>Time:    10:00 a.m.<br>Room:   7 (4th Floor)<br>Judge:   Hon. Nathanael Cousins |

Pursuant to Civil Local Rule 16-10, Plaintiff Distinct Media Limited ("Distinct Media") respectfully submits this Case Management Statement.

**KEY DEVELOPMENTS SINCE LAST CASE MANAGEMENT CONFERENCE**

The Court directed the Clerk to enter default on August 17, 2016.  (Dkt. No. 53.)  The Clerk entered default the same day.  (Dkt. No. 54.)  The last Case Management Conference was held on October 12, 2016.  The Court ordered that discovery must be completed by November 30, 2016 and that a motion for default judgment must be filed by December 16, 2016.  (Dkt. No. 58.) On December 6, 2016, Distinct Media filed a Motion for Default Judgment Against Defendant

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

PLAINTIFF DISTINCT MEDIA LIMITED'S
CASE MANAGEMENT STATEMENT
CASE NO. 15-CV-03312-NC

Lev Shutov.[1]  (Dkt. No. 59.)  The motion is noticed for a hearing on January 18, 2017.

**ANTICIPATED NEXT STEPS AND SCHEDULING**

The next Case Management Conference in the above-titled action is set for the same day as the hearing on Distinct Media's motion, January 18, 2017.

**SETTLEMENT AND ADR**

Because Defendant Shutov has not appeared in this case, and no other Defendants have been served, no settlement discussions have taken place and ADR is not appropriate at this time.

Dated: January 11, 2017					COOLEY LLP

							*/s/ Matthew D. Brown*
							Matthew D. Brown

							Attorneys for Plaintiff
							DISTINCT MEDIA LIMITED

140336320

---

[1] Distinct Media is filing this Case Management Statement as its own statement pursuant to Civil Local Rule 16-9(a) due to Defendant Shutov's continued failure to appear and his default.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

PLAINTIFF DISTINCT MEDIA LIMITED'S
CASE MANAGEMENT STATEMENT
CASE NO. 15-CV-03312-NC