**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DISTINCT MEDIA LIMITED,<br>　　　　Plaintiff,<br>　v.<br>LEV SHUTOV,<br>　　　　Defendant. | Case No. 15-cv-03312-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE COUSINS** |

On March 10, 2017, Magistrate Judge Nathanael M. Cousins issued a Report and Recommendation ("R&R"), on Plaintiff Distinct Media Limited ("Distinct Media")'s motion for default judgment. In the R&R, Judge Cousins determined that Defendant Lev Shutov ("Shutov") should (1) be enjoined from accessing or attempting to access Distinct Media's computers, and deleting, altering, modifying or adding data, code, programs, or other unauthorized information about Distinct Media's computers, computer systems, or computer networks; and (2) pay $180,524.27 in damages. *See* ECF 66. No objections have been filed by any party.

When a party makes no objection to an R&R, the Court reviews it for clear error or manifest injustice. Fed. R. Civ. P. 72(b). After conducting an appropriate review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). The Court has reviewed and thoroughly considered Judge Cousins' R&R. Finding the R&R correct, well-reasoned, and thorough, the Court adopts it in every respect. 28 U.S.C. § 636(b). Accordingly, the Court GRANTS the motion for default judgment against Shutov and awards the following relief:

1. An injunction enjoining Shutov from (i) accessing or attempting to access Distinct Media's computers, and (ii) deleting, altering, modifying or adding data, code,

programs, or other unauthorized information about Distinct Media's computers, computer systems, or computer networks; and

2. Investigative fees in the amount of: $27,889.27 for Deloitte consulting, $33,042 for internal costs, and $119,593.00 in legal fees, for a total of $180,524.27 in damages.

The Court DENIES the request for other damages related to the Yahoo contract and to recover the amount transferred from the MTACC account.

**IT IS SO ORDERED.**

Dated: March 24, 2017

_____
BETH LABSON FREEMAN
United States District Judge

2